**No. 09-11214. David C. Burgess, Petitioner v. United States.**

562 U.S. 867, 131 S. Ct. 161, 178 L. Ed. 2d 96, 2010 U.S. LEXIS 6520.

October 4, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 991 A.2d 34.

**No. 09-11215. Guy E. Smith, Petitioner v. Florida.**

562 U.S. 867, 131 S. Ct. 161, 178 L. Ed. 2d 96, 2010 U.S. LEXIS 6888.

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 26 So. 3d 597.

**No. 09-11216. Shanel Ann Stasz, Petitioner v. Rosendo Gonzalez, Trustee.**

562 U.S. 868, 131 S. Ct. 161, 178 L. Ed. 2d 96, 2010 U.S. LEXIS 6694.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 348 Fed. Appx. 233.

**No. 09-11217. Horace D. McCray, Petitioner v. Illinois.**

562 U.S. 868, 131 S. Ct. 162, 178 L. Ed. 2d 96, 2010 U.S. LEXIS 6683.

October 4, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 395 Ill. App. 3d 1116, 369 Ill. Dec. 493, 986 N.E.2d 806.

**No. 09-11219. Tyrone Parker, Petitioner v. United States.**

562 U.S. 868, 131 S. Ct. 162, 178 L. Ed. 2d 96, 2010 U.S. LEXIS 6467.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 594 F.3d 1243.

**No. 09-11221. Azewen-Jik Kante, Petitioner v. Nike, Inc.**

562 U.S. 868, 131 S. Ct. 162, 178 L. Ed. 2d 96, 2010 U.S. LEXIS 6678,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 364 Fed. Appx. 388.

**No. 09-11222. Alforingia Mathews, Petitioner v. United States.**

562 U.S. 868, 131 S. Ct. 162, 178 L. Ed. 2d 96, 2010 U.S. LEXIS 6723.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 372 Fed. Appx. 665.

**No. 09-11224. Jimmy Lipham, Petitioner v. Maine.**

562 U.S. 868, 131 S. Ct. 162, 178 L. Ed. 2d 96, 2010 U.S. LEXIS 6509.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.